UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ACCESS FOR THE DISABLED, INC.
and PATRICIA KENNEDY,

    Plaintiffs,

v.                                    Case No: 8:14-cv-587-T-30MAP

IBRAHIM ABDEL, JOHN D.
MCQUEEN and ROBERT N.
MCQUEEN,

    Defendants.

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. An Order to Show Cause (Dkt. #11) was entered on June 23, 2014, regarding Plaintiffs' failure to answer the Court's interrogatories. A response to the Order to Show Cause was due on or before July 7, 2014. Plaintiffs have failed to timely respond to the Court's Order which stated that "failure to show cause shall result in this action being dismissed without further notice." Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

      3.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of July, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2014\14-cv-587 dismissal.docx